IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02435-PSF-PAC
(Consolidated with 04-cv-00639-PSF-PAC)

LILLIAN F. SANDLE,

    Plaintiff(s),

v.

ANTHONY J. PRINCIPI, Secretary of Veterans Affairs,

    Defendant(s).

___

Civil Action No. 04-F-639 (PAC)
(Consolidated with 03-F-2435 (PAC))

LILLIAN F. SANDLE,

    Plaintiff(s),

v.

ANTHONY J. PRINCIPI;
ED SANCHEZ;
RAYMOND DELUNA; and
E. THORSLAND, JR.,

    Defendant(s).

___

**MINUTE ORDER**
___

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
August 5, 2005

    Upon review of the motions and responses, if any responses were filed, IT IS **HEREBY**

**ORDERED** that Plaintiff's Motion to Appoint Counsel, filed June 15, 2005, doc. no. 112 is **granted**. The Clerk of the Court is directed to attempt to find volunteer counsel for plaintiff. It is further

**ORDERED** that plaintiff's Motion for Order to Cure Final Pretrial Order filed June 14, 2005 [filed June 16, 2005, Doc. # 113] and plaintiff's Motion for Unopposed Additional Extension of Time to Respond to Defendants' Supplemental Reply to Defendants Reply Brief and 'Sur Reply to Defendant's Summary Judgment 0629 [filed August 3, 2005, doc. no. 136] are **denied without prejudice** pending the appointment of counsel. It is further

**ORDERED** that a **status conference** is set for **September 16, 2005** at 10:00 a.m. in Courtroom A-501, when volunteer counsel for plaintiff shall appear and be prepared to discuss plaintiff's claims, the pending dispositive motion, and trial preparation, if any. **Plaintiff is not required to appear on September 16, 2005.**