IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02435-PSF-PAC
(Consolidated with 04-cv-00639-PSF-PAC)

LILLIAN F. SANDLE,

        Plaintiff,

v.

ANTHONY J. PRINCIPI, Secretary of Veterans Affairs,

        Defendant.

_____

Civil Action No. 04-cv-00639-PSF-PAC
(Consolidated with 03-cv-02435-PSF-PAC)

LILLIAN F. SANDLE,

        Plaintiff,

v.

ANTHONY J. PRINCIPI;
ED SANCHEZ;
RAYMOND DELUNA; and
E. THORSLAND, JR.,

        Defendants.

_____

## ORDER SETTING CASE FOR TRIAL
_____

        The above-captioned matter has been scheduled for a **ten-day jury trial** on

the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602,

6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, January 16,**

**2006 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **Friday, January 6, 2006**

**at 8:30 a.m.**  The parties are expected to be fully prepared for trial at that time.

**Plaintiff and lead counsel who will try the case shall attend.**

DATED:  June 21, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge

2