IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02435-PSF-PAC
(Consolidated with 04-cv-00639-PSF-PAC

LILLIAN F. SANDLE,

    Plaintiff(s),

v.

ANTHONY J. PRINCIPI, Secretary of Veterans Affairs,

    Defendant(s).

_____

Civil Action No. 04-F-639 (PAC)
(Consolidated with 03-F-2435 (PAC))

LILLIAN F. SANDLE,

    Plaintiff(s),

v.

ANTHONY J. PRINCIPI;
ED SANCHEZ;
RAYMOND DELUNA; and
E. THORSLAND, JR.,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS **HEREBY ORDERED** that the Motion for Leave to File Second Amended Complaint and Jury Demand [filed November 4, 2005, Doc. No. 164] is **GRANTED**.  The Second Amended Complaint shall be date-stamped and filed with the Court this date.

Dated:  November 9, 2005