IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02435-PSF-PAC
(Consolidated with 04-cv-00639-PSF-PAC)

LILLIAN F. SANDLE,

    Plaintiff,

v.

ANTHONY J. PRINCIPI, Secretary of Veterans Affairs,

    Defendant.

---

Civil Action No. 04-cv-00639-PSF-PAC
(Consolidated with 03-cv-02435-PSF-PAC)

LILLIAN F. SANDLE,

    Plaintiff,

v.

ANTHONY J. PRINCIPI;
ED SANCHEZ;
RAYMOND DELUNA; and
E. THORSLAND, JR.,

    Defendants.

---

## ORDER TO RESET TRIAL DATE

---

    THE COURT hereby orders that the ten-day jury trial in this matter currently set for January 17, 2006 has been RESET to commence on **May 8, 2006 at 1:30 p.m.** The

final trial preparation conference set for January 6, 2006 is RESET to **April 28, 2006 at 9:00 a.m.**

DATED: October 18, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge