IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02435-PSF-PAC
(Consolidated with 04-cv-00639-PSF-PAC)

LILLIAN F. SANDLE,

    Plaintiff(s),

v.

ANTHONY J. PRINCIPI, Secretary of Veterans Affairs,

    Defendant(s).
_____

Civil Action No. 04-cv-00639-PSF-PAC
(Consolidated with 03-cv-02435-PSF-PAC)

LILLIAN F. SANDLE,

    Plaintiff(s),

v.

ANTHONY J. PRINCIPI;
ED SANCHEZ;
RAYMOND DELUNA; and
E. THORSLAND, JR.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS **HEREBY ORDERED** that Defendants' Motion to Amend Answer [filed December 9, 2005; Doc. No. 185] is **GRANTED.**

    IT IS **ORDERED** that counsel shall electronically file the Amended Answer to Second Amended Complaint with the Court on or before **December 21, 2005.**

Dated:  December 19, 2005