IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02435-PSF-PAC
(Consolidated with 04-cv-00639-PSF-PAC)

LILLIAN F. SANDLE,

    Plaintiff,

v.

ANTHONY J. PRINCIPI, Secretary of Veterans Affairs,

    Defendant.

---

Civil Action No. 04-cv-00639-PSF-PAC
(Consolidated with 03-cv-02435-PSF-PAC)

LILLIAN F. SANDLE,

    Plaintiff,

v.

ANTHONY J. PRINCIPI;
ED SANCHEZ;
RAYMOND DELUNA; and
E. THORSLAND, JR.,

    Defendants.

---

## ORDER TO RESET TRIAL DATES

This matter is before the Court *sua sponte*. It is hereby

ORDERED that the final trial preparation conference set for April 28, 2006 is

RESET to **October 27, 2006 at 8:30 a.m.**  The parties are expected to be fully

prepared for trial at that time. Plaintiff and lead counsel who will try the case shall attend. It is

FURTHER ORDERED the **ten-day jury trial** set to commence on May 8, 2006 is RESET to commence **November 6, 2006 at 1:30 p.m.**

DATED: December 20, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge