IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02435-PSF-PAC
(Consolidated with 04-cv-00639-PSF-PAC)

LILLIAN F. SANDLE,

    Plaintiff,

v.

ANTHONY J. PRINCIPI, Secretary of Veterans Affairs,

    Defendant.

---

Civil Action No. 04-cv-00639-PSF-PAC
(Consolidated with 03-cv-02435-PSF-PAC)

LILLIAN F. SANDLE,

    Plaintiff,

v.

ANTHONY J. PRINCIPI;
ED SANCHEZ;
RAYMOND DELUNA; and
E. THORSLAND, JR.,

    Defendants.

---

**ORDER ON PLAINTIFF'S OBJECTION TO DECISION OF MAGISTRATE JUDGE**

---

This matter comes before the Court on plaintiff's objection to the order entered by the Magistrate Judge on December 19, 2005 (Dkt. # 196), filed on January 3, 2006. Plaintiff objects to the order which granted defendant's motion to file an amended answer and counterclaim. Plaintiff states that she did not have an opportunity to file a

response to the defendant's motion before the Magistrate Judge ruled.

Because this objection is in the nature or a request for reconsideration of the ruling by the Magistrate Judge, and because the Magistrate Judge is in a better position to consider the merits, if any, of the arguments advanced by plaintiff in opposition to the motion to amend the answer, this objection is construed as a motion to reconsider.  It is therefore referred to the Magistrate Judge for a recommendation and report pursuant to Rule 72(b), F. R. Civ. P.

DATED: January 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge