IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02435-PSF-PAC
(Consolidated with 04-cv-00639-PSF-PAC)

LILLIAN F. SANDLE,

> Plaintiff(s),

v.

ANTHONY J. PRINCIPI, Secretary of Veterans Affairs,

> Defendant(s).

---

Civil Action No. 04-cv-00639-PSF-PAC
(Consolidated with 03-cv-02435-PSF-PAC)

LILLIAN F. SANDLE,

> Plaintiff(s),

v.

ANTHONY J. PRINCIPI;
ED SANCHEZ;
RAYMOND DELUNA; and
E. THORSLAND, JR.,

> Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS **HEREBY ORDERED** that Defendant's Unopposed Motion for Leave to File Amended Answer [filed January 23, 2006; Doc. No. 201] is **GRANTED** as follows:

Defendant has until on or before **February 3, 2006** to file his Amended Answer.

Dated:  January 26, 2006