**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-CV-02435-PSF-PAC
    (consolidated with 04-cv-00639-PSF-PAC)

LILLIAN F. SANDLE,

        Plaintiff,

v.

ANTHONY J. PRINCIPI,
Secretary of Veterans Affairs,

        Defendant,

and Consolidated Civil Action No. 04-cv-00639-PSF-PAC

LILLIAN F. SANDLE,

        Plaintiff,

v.

ANTHONY J. PRINCIPI,
ED SANCHEZ,
RAYMOND DELUNA, and
E. THORSLAND, JR.

        Defendants.

**ORDER**

Based upon the parties' stipulation, it is hereby ORDERED as follows:

1. Civil Action No. 04-cv-00639-PSF-PAC is dismissed;

2. Ed Sanchez, Raymond Deluna, and E. Thorsland, Jr. are dismissed as defendants from this action;

3. Civil Action No. 04-cv-00639-PSF-PAC is no longer consolidated with Civil Action No. 03-cv-2435-PSF-PAC; and

4. The caption of this matter is amended. Civil Action No. 03-cv-2435-PSF-PAC shall be the only case number listed in the caption, and Lillian F. Sandle and Anthony J. Principi shall be the only plaintiff and defendant listed, respectively, in the caption. The caption of this matter shall read as follows:

Civil Action No. 03-CV-02435-PSF-PAC

LILLIAN F. SANDLE,

        Plaintiff,

v.

ANTHONY J. PRINCIPI,
Secretary of Veterans Affairs,

        Defendant,

DATED this   25th   day of   July  , 2006.

*s/ Phillip S. Figa*

UNITED STATES DISTRICT JUDGE