IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02435-PSF-PAC
(formerly consolidated with 04-cv-00639-PSF-PAC)

LILLIAN F. SANDLE,

    Plaintiff,

v.

R. JAMES NICHOLSON, Secretary of Veterans Affairs,

    Defendant.

## ORDER RESETTING PRETRIAL CONFERENCE AND SCHEDULING HEARING

This matter comes before the Court on Defendant's Motion to Continue Pretrial Conference, Final Trial Preparation Conference and Trial (Dkt. # 251), filed September 15, 2006. Plaintiff filed her opposition to the motion on September 22, 2006 (Dkt. # 256). Also pending before the Court is Plaintiff's Unopposed Motion to Withdraw Jury Demand (Dkt. # 255), filed September 22, 2006.

The pretrial conference in this matter is currently set for October 2, 2006 at 9:00 a.m. before Magistrate Judge Coan. Due to a health issue, Magistrate Judge Coan will not be able to conduct the scheduled pretrial conference. Accordingly, the pretrial conference is reset to **October 6, 2006 at 2:30 p.m.**, to be held before the undersigned judge. All other deadlines remain the same.

At the pretrial conference, the parties should be prepared to argue the defendant's motion to continue the trial and Final Trial Preparation Conference and, if necessary, plaintiff's motion to withdraw the jury demand.

DATED:  September 25, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge