IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA

Courtroom Deputy: Valeri P. Barnes
Court Reporter: Darlene Martinez

Date: October 6, 2006

Civil Action No. 03-cv-2435-PSF-PAC

| *Parties:* | *Counsel:* |
|---|---|
| LILLIAN F. SANDLE, | Anne Turner |
| | Dugan Bliss |
| Plaintiff, | Eric Howard |
| v. | |
| R. JAMES NICHOLSON, Secretary, | Michael Johnson |
| Department of Veterans Affairs, | Mark Pestal |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING: Final Pretrial Conference

**2:31 p.m.    Court in session.**

Also present: Plaintiff Lillian F. Sandle and defendant client representative Tom Kennedy.

**ORDER:** Defendant's Motion to Continue Pretrial Conference, Final Trial Preparation Conference, and Trial **(251)** is **denied.**

**ORDER:** Plaintiff's Unopposed Motion to Withdraw Jury Demand **(255)** is **granted.**

**ORDER:** Joint Motion for Withdrawal of Jury Demand **(275)** is **granted.**

**DEADLINES/HEARING:**
Six-day bench trial set for **November 6, 2006 at 1:30 p.m.**

Defendant's motion to strike portions of the pretrial order due **October 11, 2006.**
Plaintiff's response due **October 16, 2006.**

**3:27 p.m.     Court in recess/hearing concluded.**

Total in-court time: 00:56.