IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02435-PSF-PAC
(formerly consolidated with 04-cv-00639-PSF-PAC)

LILLIAN F. SANDLE,

    Plaintiff,

v.

R. JAMES NICHOLSON, Secretary of Veterans Affairs,

    Defendant.

___

## ORDER GRANTING MOTION TO AMEND FINAL PRETRIAL ORDER
___

    Having considered Plaintiff's Unopposed Motion to Amend the Final Pretrial Order (Dkt. # 287), the Court ORDERS that page 2 of the Final Pretrial Order, Count II, item 2, subpart 4 is amended to read: "(4) Ms. Sandle's light duty detail as a Claims Clerk in Medical Administration Service was terminated on November 17, 1990; . . . ."

    DATED: October 17, 2006

                                                                     BY THE COURT:

                                                                     *s/ Phillip S. Figa*
                                                                     _____
                                                                     Phillip S. Figa
                                                                     United States District Judge