IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02435-PSF-PAC
(formerly consolidated with 04-cv-00639-PSF-PAC)

LILLIAN F. SANDLE,

    Plaintiff,

v.

R. JAMES NICHOLSON, Secretary of Veterans Affairs,

    Defendant.

## ORDER TO VACATE TRIAL DATES

In light of the settlement conference held October 17, 2006 before the magistrate judge, the final trial preparation conference set for October 27, 2006 and the six-day court trial set to commence November 6, 2006 are hereby VACATED.

    DATED: October 19, 2006

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge