IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02435-PSF-PAC
(formerly consolidated with 04-cv-00639-PSF-PAC)

LILLIAN F. SANDLE,

    Plaintiff,

v.

R. JAMES NICHOLSON, Secretary of Veterans Affairs,

    Defendant.

---

### ORDER OF DISMISSAL

---

This matter comes before the Court on the parties' Stipulation Motion to Dismiss (Dkt. # 293). The Court, having read the Stipulation and being fully advised, hereby

ORDERS that the above-captioned action be DISMISSED WITH PREJUDICE, each party to pay their respective costs and attorney fees.

DATED: October 26, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge